# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

# KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLACHARD<br><br>&<br><br>ANTHEM HOLDING COMPANY<br><br>Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** |

Defendant Anthem Hayek Blanchard, *pro se*, moves for a 45-day extension of the time in which to file an answer or other responsive pleading to the complaint filed by Plaintiff, U.S. Securities and Exchange Commission. The SEC agrees to this request. In support, I state as follows:

1. The SEC filed suit on September 23, 2024.

1

2. I am an individually named defendant in this action, and also control Anthem Holding Company, the other defendant.

3. I waived service of the complaint on my own behalf and on my behalf of Anthem Holding Company, and the current deadline to answer or file responsive pleadings to the Complaint is now November, 25, 2024.

4. I am currently in negotiations with counsel to provide me and Anthem Holding Company with *pro bono* representation for this matter.

5. My prospective counsel, Caleb Kruckenberg, notified counsel for Plaintiff, Jason Spitalnick and Sharan Liberman, and requested an extension on my behalf while the terms of the representation are finalized.

6. The SEC informed me that it consents to a 45-day extension of the time to respond to the Complaint.

WHEREFORE, I respectfully request that this Court extend the deadline for Defendants to respond to the complaint for a period of 45 days, until **January 9, 2025**.

DATED:  November 23, 2024.

                                                Respectfully submitted,

                                                */s/ Anthem Blanchard*

                                                Anthem Blanchard

                                                *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2024, I attempted to electronically file the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record. I was forced to wait for a code in the mail.

Respectfully submitted,

*/s/ Anthem Blanchard*

Anthem Blanchard

*Pro Se*