FILED
U.S. District Court
District of Kansas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

KANSAS CITY

NOV 27 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HAYEK BLACHARD <br><br> & <br><br> ANTHEM HOLDING COMPANY <br><br> Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** |

Defendant Anthem Hayek Blanchard, *pro se*, moves for a 45-day extension of the time in which to file an answer or other responsive pleading to the complaint filed by Plaintiff, U.S. Securities and Exchange Commission. The SEC agrees to this request. In support, I state as follows:

1. The SEC filed suit on September 23, 2024.

1

2. I am an individually named defendant in this action, and also control Anthem Holding Company, the other defendant.

3. I waived service of the complaint on my own behalf and on my behalf of Anthem Holding Company, and the current deadline to answer or file responsive pleadings to the Complaint is now November, 25, 2024.

4. I am currently in negotiations with counsel to provide me and Anthem Holding Company with *pro bono* representation for this matter.

5. My prospective counsel, Caleb Kruckenberg, notified counsel for Plaintiff, Jason Spitalnick and Sharan Liberman, and requested an extension on my behalf while the terms of the representation are finalized.

6. The SEC informed me that it consents to a 45-day extension of the time to respond to the Complaint.

WHEREFORE, I respectfully request that this Court extend the deadline for Defendants to respond to the complaint for a period of 45 days, until **January 9, 2025**.

DATED: November 23, 2024.

        Respectfully submitted,

        */s/ Anthem Blanchard*

        Anthem Blanchard

        *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2024, I attempted to electronically file the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record. I was forced to wait for a code in the mail.

Respectfully submitted,

*/s/ Anthem Blanchard*

Anthem Blanchard

*Pro Se*

**PRIORITY MAIL EXPRESS**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)  PHONE ( 702 ) 569-3934
Anthen Blanchard
4145 E Washington Blvd #205
Bartlesville, OK 74006

48

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )
US District Court, District of Kansas,
Kansas City
500 State Avenue, Room 259
Kansas City, KS 66101
ZIP+4 6 6 1 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⬅ PEEL FROM THIS CORNER

ER 111 053 639 US

RECEIVED
NOV 27 2024
U.S. DISTRICT COURT
KANSAS CITY, KANSAS

PAYMENT BY ACCOUNT (if applicable)

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day  ☑ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 74003
Scheduled Delivery Date: 11/27/24
Postage: $32.00
Date Accepted: 11/25/24
Scheduled Delivery Time: 3:00 PM
Time Accepted: 11:21 ☐ AM ☐ PM
Special Handling/Fragile
Weight: lbs. ozs.  ☑ Flat Rate
Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Total Postage & Fees: $32.00

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**




