IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>ANTHEM HAYEK BLACHARD and ANTHEM HOLDINGS COMPANY,<br><br>      Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Anthem Hayek Blachard and Anthem Holdings Company ("Defendants") request an extension of time, up to and including March 7, 2025, to file their answer or otherwise respond to the Complaint. Defendants' answer will be filed today, March 6, 2025. Plaintiff does not oppose this extension. In support of their request, Defendants state:

1. Plaintiff, the U.S. Securities and Exchange Commission, filed a Complaint on or about September 23, 2024.

2. Defendants executed a waiver of service on or about November 1, 2024, which extended the time to answer or otherwise respond to the Complaint to November 25, 2024.

3. On November 25, 2024, Defendant Blachard filed pro se on behalf of himself and Anthem Holdings Company a Motion for Extension of Time for Defendants to Answer. The Court granted Defendants' Motion and ordered the deadline to answer or otherwise respond to the Complaint January 9, 2025.

4. No other extension has been filed by Defendants.

5. Cause exists for the limited extension of time sought now. For example, Defendants will be represented by pro bono legal counsel at The Center for Individual Rights ("CIR"). Before agreeing to the representation, CIR's Board of Directors needed adequate to review and approve the pro bono representation. CIR's counsel also was in the process of addressing a series of emergency deadlines in a case pending in the Fifth Circuit, *Texas Top Cop Shop, Inc., et al. v. Bondi*, that slowed the review process. Additionally, Defendants needed time to secure local counsel for this case.

6. Counsel for Defendants and Plaintiff have consulted about Defendants' request for an extension of time. Counsel for Plaintiff does not oppose this motion or the extension of time provided that Defendants answer or otherwise respond to the Complaint by/on March 7, 2025.

7. This motion and the request for additional time is not sought for improper purpose or unnecessary delay.

For these reasons, Defendants respectfully request an extension of time, up to and including March 7, 2025, to answer or otherwise respond to the Complaint.

Dated: March 6, 2025
Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Christina M. Wahl*
Christina M. Wahl, KS Bar # 23406
Anthony J. Durone, KS Bar # 17492
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
cwahl@berkowitzoliver.com
adurone@berkowitzoliver.com

                                                Caleb Kruckenberg
                                                (*Admission Pro Hac Vice Forthcoming*)
                                                Christian Clase
                                                (*Admission Pro Hac Vice Forthcoming*)
                                                **CENTER FOR INDIVIDUAL RIGHTS**
                                                1100 Connecticut Ave., NW
                                                Suite 625
                                                Washington, DC 20036
                                                Telephone:   (202) 833-8400
                                                kruckenberg@cir-usa.org
                                                clase@cir-usa.org

                                        ***Attorneys for Defendants Anthem Hayek Blachard***
                                        ***and Anthem Holdings Company***


## CERTIFICATE OF SERVICE

     I hereby certify that on March 6. 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


                                           /s/ *Christina M. Wahl*
                                  ***Attorney for Defendant Anthem Hayek Blachard***
                                  ***and Anthem Holdings Company***