IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>ANTHEM HAYEK BLACHARD and ANTHEM HOLDINGS COMPANY,<br><br>     Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Christian Clase

2. I practice under the following firm name or letterhead:

   Center for Individual Rights
   1100 Connecticut Ave., NW, Suite 625
   Washington, DC 20036
   Telephone: (202) 833-8400
   clase@cir-usa.org

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Tennessee state courts | 10-26-2023 | 041231 |
| District of Columbia courts | 2/12/2025 | 90032158 |
| US Court of Appeals Fifth Circuit | 10/28/2024 | |
| US Court of Appeals Ninth Circuit | 11/05/2024 | |

pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

11. This application, the statements herein made, and all information provided are complete, true, and correct under penalty of perjury. I acknowledge a continuing obligation to advise the court if a change occurs with regard to any information herein provided.

_____
Christian Clase
Center for Individual Rights
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
clase@cir-usa.org

STATE OF Tennessee )

COUNTY OF Davidson )

Subscribed and sworn to me this 6 th day of March, 2025

_____
Notary Public

My commission expires:

