U.S. SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

     v.

ANTHEM HAYEK BLACHARD and ANTHEM
HOLDINGS COMPANY,

                Defendants.

CIVIL NO.: 2:24-CV-2437-KHV-GEB

## MOTION FOR LEAVE FOR TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I move that Caleb Kruckenberg be admitted to practice

in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance

with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed

by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this

case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this

motion.  I have verified that the information contained in the affidavit is true and accurate.

Dated this 10th day of March 2025   **BERKOWITZ OLIVER LLP**

By: */s/ Christina M. Wahl*
Christina M. Wahl, KS Bar # 23406
Anthony J. Durone, KS Bar #17492
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:  (816) 561-7007
Facsimile:  (816) 561-1888
cwahl@berkowitzoliver.com
adurone@berkowitzoliver.com
***Attorney for Anthem Hayek Blanchard and Anthem Holdings Company***

## CERTIFICATE OF SERVICE

  I hereby certify that on March 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

   */s/ Christina M. Wahl*
***Attorney for Defendant Anthem Hayek Blachard and Anthem Holdings Company***