IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HAYEK BLACHARD and ANTHEM HOLDINGS COMPANY, <br><br> Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., and signed under penalty of perjury in accordance with 28 U.S.C. § 1746, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Caleb Joseph Kruckenberg

2. I practice under the following firm name or letterhead:

    Center for Individual Rights
    1100 Connecticut Ave., NW, Suite 625
    Washington, DC 20036
    Telephone: (202) 833-8400
    kruckenberg@cir-usa.org

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | 2011 | N/A |
| Pennsylvania | 2016 | 322264 |
| Washington, D.C. | 2020 | 1617890 |

{03451565.DOCX;-1}

| | | |
|---|---|---|
| Virginia | 2022 | 97609 |
| E.D. Pennsylvania | 2016 | N/A |
| First Circuit | 2020 | N/A |
| Second Circuit | 2019 | N/A |
| Third Circuit | 2016 | N/A |
| Fifth Circuit | 2019 | N/A |
| Sixth Circuit | 2022 | N/A |
| Seventh Circuit | 2021 | N/A |
| Ninth Circuit | 2021 | N/A |
| Tenth Circuit | 2013 | N/A |
| Eleventh Circuit | 2019 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

{03451565.DOCX;-1}

11.     This application, the statements herein made, and all information provided are complete, true, and correct under penalty of perjury. I acknowledge a continuing obligation to advise the court if a change occurs with regard to any information herein provided.

*[signature]*

Caleb Kruckenberg
Center for Individual Rights
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
kruckenberg@cir-usa.org