# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF KANSAS
# KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                       Plaintiff,<br><br>      v.<br><br>ANTHEM HAYEK BLACHARD and ANTHEM HOLDINGS COMPANY,<br><br>                      Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## ENTRY OF APPEARANCE

Anthony J. Durone of Berkowitz Oliver LLP hereby enters his appearance as counsel on behalf of Defendants Anthem Hayek Blachard and Anthem Holdings Company.

Dated this 12th day of March 2025  **BERKOWITZ OLIVER LLP**

                 By: */s/ Anthony J. Durone*
                 Anthony J. Durone, KS Bar #17492
                 2600 Grand Boulevard, Suite 1200
                 Kansas City, Missouri 64108
                 Telephone:  (816) 561-7007
                 Facsimile:  (816) 561-1888
                 adurone@berkowitzoliver.com

                 ***Attorney for Anthem Hayek Blanchard and Anthem Holdings Company***

## CERTIFICATE OF SERVICE

   I hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                  */s/ Anthony J. Durone*
                 ***Attorney for Defendant Anthem Hayek Blachard and Anthem Holdings Company***