IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>ANTHEM HAYEK BLACHARD and ANTHEM HOLDINGS COMPANY,<br><br>      Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES

Defendants Anthem Hayek Blachard and Anthem Holdings Company ("Defendants") request an extension of time, up to and including May 2, 2025, to serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Plaintiff does not oppose this extension. In support of their request, Defendants state:

1. Plaintiff, the U.S. Securities and Exchange Commission, filed a Complaint on or about September 23, 2024.

2. Defendants responded to the Complaint on March 6, 2025.

3. The parties have conferred about case deadlines and prepared a proposed scheduling order, which will be submitted to the Court.

4. As part of their discussions, the parties agreed to serve Initial Disclosures by or on May 2, 2025.

5. The Initial Order Regarding Planning and Scheduling provides that Initial Disclosures are to be served by April 24, 2025, with copies also emailed to chambers.

6. Defendants are preparing Initial Disclosures and request additional time to gather information and complete the disclosures.

7. This is the second extension of time sought by Defendants. The first was for an extension of time to respond to the Complaint.

8. Counsel for Defendants and Plaintiff have consulted, and counsel for Plaintiff does not oppose this motion or the extension of time.

9. This motion and the request for additional time is not sought for improper purpose or unnecessary delay.

For these reasons, Defendants respectfully request an extension of time, up to and including May 2, 2025, to serve Initial Disclosures.

Dated: April 24, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Christina M. Wahl*
    Christina M. Wahl, KS Bar # 23406
    Anthony J. Durone, KS Bar # 17492
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone: (816) 561-7007
    Facsimile: (816) 561-1888
    cwahl@berkowitzoliver.com
    adurone@berkowitzoliver.com

Caleb Kruckenberg
(*Admission Pro Hac Vice*)
Christian Clase
(*Admission Pro Hac Vice*)
**CENTER FOR INDIVIDUAL RIGHTS**
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
Telephone: (202) 833-8400
kruckenberg@cir-usa.org
clase@cir-usa.org

***Attorneys for Defendants Anthem Hayek Blachard and Anthem Holdings Company***

## CERTIFICATE OF SERVICE

I hereby certify that on April 24. 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Christina M. Wahl*
***Attorney for Defendant Anthem Hayek Blachard and Anthem Holdings Company***