IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>       Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## **MOTION FOR LEAVE FOR TO APPEAR *PRO HAC VICE***

  Pursuant to D. Kan. Rule 83.5.4., I move that Michael A. Petrino be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

  I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

  Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated: April 30, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Christina M. Wahl*
Christina M. Wahl, KS Bar # 23406
Anthony J. Durone, KS Bar # 17492
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
cwahl@berkowitzoliver.com
adurone@berkowitzoliver.com

Caleb Kruckenberg
(*Pro Hac Vice*)
Christian Clase
(*Pro Hac Vice*)
**CENTER FOR INDIVIDUAL RIGHTS**
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
Telephone: (202) 833-8400
kruckenberg@cir-usa.org
clase@cir-usa.org

***Attorneys for Defendants Anthem Hayek Blanchard and Anthem Holdings Company***

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina M. Wahl*
***Attorney for Defendant Anthem Hayek Blanchard and Anthem Holdings Company***