# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>        Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## NOTICE OF SUBSTITUTION OF COUNSEL
## AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

PLEASE TAKE NOTICE that in accordance with D. Kan. Rule 83.5.5(d), Rachel E. Yeates enters her appearance as counsel of record on behalf of the Plaintiff, Securities and Exchange Commission ("SEC"), in substitution for Jason M. Spitalnick, who withdraws his appearance as he is leaving the SEC effective June 24, 2025.

Respectfully submitted this ___ day of June, 2025.

[Signature page to follow]

- 2 -

By: /s/ Rachel E. Yeates
Rachel E. Yeates
Sharan E. Lieberman
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, 17th Floor
Denver, Colorado 80294
303-844-1060
303-844-1036
yeatesr@sec.gov
liebermans@sec.gov

## CERTIFICATE OF SERVICE

     I certify that on June __, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                      */s/ Rachel E. Yeates*
                                      U.S. Securities and Exchange Commission