## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF KANSAS
## KANSAS CITY

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>ANTHEM HAYEK BLACHARD and ANTHEM HOLDINGS COMPANY,<br><br>        Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.5(b), Christian Clase files this Notice of Withdrawal of Appearance. Undersigned counsel has accepted a new position at a different firm, and his last day of employment at the Center for Individual Rights will be July 18, 2025. Defendants Anthem Hayek Blanchard and Anthem Holdings Company will continue to be represented by attorneys of record Anthony J. Durone, Christina Wahl, Caleb Kruckenberg (pro hac vice), and Michael Petrino (pro hac vice).

Dated: July 16, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Christina M. Wahl*
    Christina M. Wahl, KS Bar # 23406
    Anthony J. Durone, KS Bar # 17492
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone: (816) 561-7007
    Facsimile: (816) 561-1888
    cwahl@berkowitzoliver.com
    adurone@berkowitzoliver.com

/s/ *Christian Clase*
Christian Clase
(*Pro Hac Vice*)
Caleb Kruckenberg
(*Pro Hac Vice*)
Michael E. Petrino
(*Pro Hac Vice*)
**CENTER FOR INDIVIDUAL RIGHTS**
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
Telephone: (202) 833-8400
kruckenberg@cir-usa.org
clase@cir-usa.org
petrino@cir-usa.org

***Attorneys for Defendants Anthem Hayek
Blanchard and Anthem Holdings Company***

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Christina M. Wahl*
***Attorney for Defendant Anthem Hayek Blachard
and Anthem Holdings Company***
