IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>                Defendants. | Case No.: 2:24-cv-2437-KHV-GEB |

## **CERTFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2025, Defendants served the following to Plaintiff via email:

- *Defendants' Objections and Responses to Plaintiff's First Set of Written Discovery Requests*

Dated: July 18, 2025                      Respectfully submitted,

                                                     **BERKOWITZ OLIVER LLP**

                                                     By: /s/ *Christina M. Wahl*
                                                          Christina M. Wahl, KS Bar # 23406
                                                          Anthony J. Durone, KS Bar # 17492
                                                          2600 Grand Boulevard, Suite 1200
                                                          Kansas City, Missouri 64108
                                                          Telephone: (816) 561-7007
                                                          Facsimile: (816) 561-1888
                                                          cwahl@berkowitzoliver.com
                                                          adurone@berkowitzoliver.com

> Caleb Kruckenberg, admitted pro hac vice
> Michael A. Petrino, admitted pro hac vice
> **CENTER FOR INDIVIDUAL RIGHTS**
> 1100 Connecticut Ave., NW, Suite 625
> Washington, DC 20036
> Telephone: (202) 833-8400
> kruckenberg@cir-usa.org
> petrino@cir-usa.org
>
> *Attorneys for Defendants Anthem Hayek Blanchard and Anthem Holdings Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    */s/ Christina M. Wahl*
*Attorney for Defendant Anthem Hayek Blanchard and Anthem Holdings Company*