# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF KANSAS
# KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>Defendants. | Civil No. 2:24-cv-2437-KHV-GEB |

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on August 7, 2025, Defendants served the following to Plaintiff via email:

- *Defendants' Amended Objections and Responses to Plaintiff's First Set of Written Discovery Requests*

Dated: August 7, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: */s/ Anthony J. Durone*
Anthony J. Durone (KS Bar No. 17492)
Christina Wahl (KS Bar No. 23406)
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
adurone@berkowitzoliver.com
cwahl@berkowitzoliver.com

1

Caleb Kruckenberg (pro hac vice)
Michael A. Petrino (pro hac vice)
**CENTER FOR INDIVIDUAL RIGHTS**
1100 Connecticut Avenue NW, Suite 625
Washington, DC 20036
Telephone: (202) 833-8400
kruckenberg@cir-usa.org
petrino@cir-usa.org

***Attorneys for Defendants Anthem Hayek Blanchard and Anthem Holdings Company***

## CERTIFICATE OF SERVICE

    I certify that on August 7, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                    */s/ Anthony J. Durone*
                                    ***Attorney for Defendant Anthem Hayek Blanchard and Anthem Holdings Company***