**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF KANSAS**
**KANSAS CITY**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>        Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on August 15, 2025, the following were served the following to Plaintiff via email:

*Defendants' First Set of Requests for the Production of Documents to Plaintiff;*

*Defendant Anthem Holdings Company's First Set of Interrogatories to Plaintiff; and*

*Defendant Anthem Hayek Blanchard's First Set of Interrogatories to Plaintiff.*

Dated: August 18, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By:   /s/ *Christina M. Wahl*
    Christina M. Wahl, KS Bar # 23406
    Anthony J. Durone, KS Bar # 17492
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:   (816) 561-7007
    Facsimile:   (816) 561-1888
    cwahl@berkowitzoliver.com
    adurone@berkowitzoliver.com

Caleb Kruckenberg (*Pro Hac Vice*)
Christian Clase (*Pro Hac Vice*)
**CENTER FOR INDIVIDUAL RIGHTS**
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
Telephone:   (202) 833-8400
kruckenberg@cir-usa.org
clase@cir-usa.org

*Attorneys for Defendants Anthem Hayek*
*Blanchard and Anthem Holdings Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_/s/ Christina M. Wahl_
*Attorney for Defendant Anthem Hayek Blanchard*
*and Anthem Holdings Company*