# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 18, 2025, Plaintiffs served the following to Defendants via email:

*Plaintiff SEC's First Set of Written Discovery to Defendants.*

Dated August 29, 2025.

                                          Respectfully Submitted,

                                          /s/ *Rachel E. Yeates*
                                          Rachel E. Yeates
                                          Sharan E. Lieberman
                                          Attorneys for Plaintiff
                                          UNITED STATES SECURITIES AND
                                          EXCHANGE COMMISSION
                                          Denver Regional Office
                                          1961 Stout Street, 17th Floor
                                          Denver, Colorado 80294
                                          303-844-1060
                                          303-844-1036
                                          yeatesr@sec.gov
                                          liebermans@sec.gov

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Rachel E. Yeates*
U.S. Securities and Exchange Commission