# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 18, 2025, Plaintiffs served the following to Defendants via email:

*Plaintiff SEC's Second Set of Written Discovery to Anthem Blanchard.*

Dated August 29, 2025.

    Respectfully Submitted,

    /s/ *Rachel E. Yeates*
    Rachel E. Yeates
    Sharan E. Lieberman
    Attorneys for Plaintiff
    UNITED STATES SECURITIES AND
    EXCHANGE COMMISSION
    Denver Regional Office
    1961 Stout Street, 17th Floor
    Denver, Colorado 80294
    303-844-1060
    303-844-1036
    yeatesr@sec.gov
    liebermans@sec.gov

## CERTIFICATE OF SERVICE

      I certify that on August 29, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                    */s/ Rachel E. Yeates*
                                    U.S. Securities and Exchange Commission