# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY, <br><br> Defendants. | C.A. No. <br> 24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 29, 2025, Plaintiffs served the following to Defendants via email:

*Plaintiff SEC's Second Set of Written Discovery to Anthem Holdings Company.*

Dated August 29, 2025.

        Respectfully Submitted,

        /s/ *Rachel E. Yeates*
        Rachel E. Yeates
        Sharan E. Lieberman
        Attorneys for Plaintiff
        UNITED STATES SECURITIES AND
        EXCHANGE COMMISSION
        Denver Regional Office
        1961 Stout Street, 17th Floor
        Denver, Colorado 80294
        303-844-1060
        303-844-1036
        yeatesr@sec.gov
        liebermans@sec.gov

## CERTIFICATE OF SERVICE

      I certify that on August 29, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                          */s/ Rachel E. Yeates*
                          U.S. Securities and Exchange Commission