# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 15, 2025, Plaintiffs served the following to Defendants via email:

*SEC's Responses to Anthem Blanchard's First Set of Interrogatories to Plaintiff.*

Dated September 15, 2025.

          By:    /s/ Sharan E. Lieberman
                   Sharan E. Lieberman
                   Rachel E. Yeates
                   Attorneys for Plaintiff
                   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
                   Denver Regional Office
                   1961 Stout Street, 17th Floor
                   Denver, Colorado 80294
                   303-844-1060
                   303-844-1036
                   liebermans@sec.gov
                   yeatesr@sec.gov

# CERTIFICATE OF SERVICE

      I certify that on September 15, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                        */s/ Sharan E. Lieberman*
                                        U.S. Securities and Exchange Commission