**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br><br>    v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>      Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 15, 2025, Plaintiffs served the following to Defendants via email:

*SEC's Responses to Defendants' First Set of Requests for the Production of Documents to Plaintiff.*

Dated September 15, 2025.

By: /s/ Sharan E. Lieberman_____
   Sharan E. Lieberman
   Rachel E. Yeates
   Attorneys for Plaintiff
   UNITED STATES SECURITIES AND
   EXCHANGE COMMISSION
   Denver Regional Office
   1961 Stout Street, 17th Floor
   Denver, Colorado 80294
   303-844-1060
   303-844-1036
   liebermans@sec.gov
   yeatesr@sec.gov

## CERTIFICATE OF SERVICE

I certify that on September 15, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

_/s/ Sharan E. Lieberman_
U.S. Securities and Exchange Commission