IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>      Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on September 29, 2025, the following were served the following to Plaintiff via email:

> *Defendant Anthem Blanchard's Objections and Responses to Plaintiff's Second Set of Written Discovery Requests; and*
>
> *Defendant Anthem Holdings Company's Objections and Responses to Plaintiff's Second Set of Written Discovery Requests.*

Dated: September 30, 2025    Respectfully submitted,

               **BERKOWITZ OLIVER LLP**

               By: /s/ *Christina M. Wahl*
                 Christina M. Wahl, KS Bar # 23406
                 Anthony J. Durone, KS Bar # 17492
                 2600 Grand Boulevard, Suite 1200
                 Kansas City, Missouri 64108
                 Telephone: (816) 561-7007
                 Facsimile: (816) 561-1888
                 cwahl@berkowitzoliver.com
                 adurone@berkowitzoliver.com

Caleb Kruckenberg (*Pro Hac Vice*)
Michael A. Petrino (*Pro Hac Vice*)
**CENTER FOR INDIVIDUAL RIGHTS**
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
Telephone: (202) 833-8400
kruckenberg@cir-usa.org
petrino@cir-usa.org

***Attorneys for Defendants Anthem Hayek Blanchard and Anthem Holdings Company***

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ *Christina M. Wahl*
***Attorney for Defendant Anthem Hayek Blanchard and Anthem Holdings Company***