IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>  v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>          Defendants. | No. 2:24-cv-02437-KHV-GEB |

**UNOPPOSED MOTION TO STAY D. KAN. 37.1 DEADLINES
RELATING TO ECF NOS. 33-36**

  The SEC requests a stay of the discovery deadlines set forth in District of Kansas Local Rule 37.1, which covers conferral over discovery disputes and filing motions to compel. Good cause exists to justify this limited stay in discovery. The SEC shut down as of October 1, 2025. Most personnel have been furloughed (with limited exceptions) and are prohibited from working. The SEC attorneys assigned to this matter have been furloughed and thus are not available to work on this matter. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

  The SEC has conferred with Defendants and they do not oppose the filing of this motion or the requested relief.

## **RELEVANT FACTS**

District of Kansas Local Rule 37.1(a) requires the parties to confer before filing any disputed discovery related motion. *See* D. Kan. Rule 37.1(a). Under this rule, after satisfying the duty to confer, the party intending to file a discovery-related motion must contact the court to arrange a telephone conference with the magistrate judge and opposing counsel. *Id.* The parties have 30 days from the date after the movant knew or reasonably should have known of the potential dispute to file any discovery-related motion. *See* D. Kan. Rule 37.1(c).

Prior to the shutdown, the parties were engaged in fact discovery and there are two upcoming deadlines the SEC seeks to stay. First, opposing counsel has informed the SEC that Defendants may file a motion to compel on October 15, 2025. This motion relates to potential disputes arising from the SEC's responses to Defendants' First Set of Interrogatories, which the SEC served on Defendants on September 15, 2025. ECF Nos. 33, 34 and 36. To resolve these disputes, the parties met and conferred on Friday, September 26, 2025, and the SEC agreed to amend its discovery responses but were unable to do so before the October 1 shutdown. The SEC requests that the deadline for Defendants to further confer with the SEC and file a motion to compel be stayed temporarily. Once the SEC reopens, the SEC requests that the Court permit Defendants to have an additional 20 days from the date the government reopens to file any motion to compel, should the parties be unable to resolve the dispute without Court intervention.

The SEC also seeks a stay of its deadline to confer with Defendants on Defendants' responses to the SEC's second amended discovery requests. Under current deadlines, the SEC must file any motion to compel by October 29, 2025. *See* ECF Nos. 31 and 32 (certifying that the SEC served its Second Set of Discovery on August 29, 2025); ECF No. 36 (certifying that

Defendants served their responses to the SEC's Second Set of Discovery on September 29, 2025). The government shut down two days after Defendants served the SEC with their responses and the SEC has not had sufficient time to determine whether it has any objections to Defendants' discovery responses nor has the SEC been able to confer with Defendants.

Under Rule 37.1(c), the SEC must file its motion to compel by October 28 and confer with the parties and the Court before then. The SEC respectfully requests that the deadline be stayed, and that the Court allow an additional 30 days from the date the SEC reopens, to permit the SEC to confer with the Defendants and comply with Rule 37.1.

Accordingly, it is appropriate that these two dates be adjourned until the SEC reopens. The SEC therefore requests an order staying the deadlines under Rule 37.1 allowing Defendants 20 additional days to file any motion to compel arising out of the SEC's responses to Defendants' first set of discovery, *see* ECF Nos. 33, 34, 35, and allowing the SEC an additional 30 days to file any motion to compel in connection with Defendants' responses to the SEC's second set of discovery, *see* ECF No. 36.

Counsel for the SEC will notify the Court promptly when the shutdown ends.

Respectfully submitted this 7th day of October, 2025.

            By:    <u>/s/ Sharan Lieberman</u>
                    Sharan E. Lieberman
                    Rachel E. Yeates
                    Attorneys for Plaintiff
                    UNITED STATES SECURITIES AND
                    EXCHANGE COMMISSION
                    Denver Regional Office
                    1961 Stout Street, 17th Floor
                    Denver, Colorado 80294
                    303-844-1027
                    303-844-1060
                    liebermans@sec.gov
                    yeatesr@sec.gov

## **CERTIFICATE OF SERVICE**

    I certify that on October 7, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                              <u>*/s/ Sharan E. Lieberman*</u>
                                              U.S. Securities and Exchange Commission