UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,

                Defendants.

No. 24-2437-KHV-GEB

## ORDER ON UNOPPOSED
## MOTION TO STAY D. KAN. RULE 37.1 DEADLINES

The Court has reviewed the SEC's Motion to Stay D. Kan. Rule 37.1 deadlines and find that good cause exists for a temporary stay of these deadlines due to the government shutdown. Accordingly,

IT IS HEREBY ORDERED that the deadlines under District of Kansas Local Rule 37.1 relating to discovery identified in Certificates of Service at ECF Nos. 33, 34, 35, 36, are hereby STAYED;

IT IS FURTHER ORDERED that Defendants will have 20 days from the date the SEC reopens to file any motion to compel arising from the SEC's responses to its discovery requests, identified in ECF Nos. 33-35;

IT IS FURTHER ORDERED that the SEC shall have 30 days from the date the SEC reopens to file any motion to compel arising from Defendants' responses to the SEC's discovery requests identified in ECF No. 36.

IT IS SO ORDERED.

Dates this 14th day of October, 2025.

                                                  s/ Gwynne E. Birzer
                                                  GWYNNE E. BIRZER
                                                  U.S. Magistrate Judge