# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

                  v.

ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,

                              Defendants.

No. 2:24-cv-02437-KHV-GEB

## UNOPPOSED MOTION TO STAY DEADLINES AND EXTEND EXPERT DISCLOSURE DATES

The SEC requests a temporary stay of the deadlines set forth in the Scheduling Order, ECF No. 20, due to the shutdown that forced the SEC to pause its operations. The SEC requests that the Court issue an order granting it an additional 30 days after the SEC reopens to make its expert disclosures to Defendants. Should the Court grant this request, the Court should also permit Defendants to make their expert disclosure 30 days after the SEC's disclosure and stay the remaining deadlines.

## RELEVANT FACTS

On October 1, 2025, the SEC shut down. Most personnel have been furloughed (with limited exceptions) and are prohibited from working. The SEC attorneys assigned to this matter have been furloughed and thus are not available to work on this matter. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

On May 2, 2025, the Court issued a scheduling order in this case. ECF No. 20. Pursuant to that Order the following discovery deadlines are in place:

| EVENT | DEADLINE |
|---|---|
| Experts disclosed by Plaintiff | November 17, 2025 |
| Experts disclosed by Defendant | January 16, 2025 |
| Rebuttal experts disclosed | February 13, 2026 |
| Supplementation of initial disclosures | 40 days before the deadline for completing all discovery |
| All discovery completed | March 6, 2026 |

Prior to the shutdown, the SEC retained an expert. However, since October 1, 2025, the SEC has been unable to confer with its expert or do any work relating to the expert's disclosure.

The SEC's report is due on November 17, 2025, less than a month from today. Because the shutdown has severely limited the SEC's ability to work with its expert, the current deadline does not give the SEC sufficient time to prepare the disclosure. For this reason, the SEC requests additional time after the SEC reopens to confer with its expert. Specifically, the SEC requests that the Court allow it an additional 30 days after the SEC reopens to make its expert disclosures. Similarly, Defendants have requested a reciprocal 30-day extension to its expert disclosure deadline from the date the SEC discloses its expert.

The SEC has conferred with counsel for Defendants and Defendants do not object to this 30-day extension of time as long as they receive an additional 30 days to make their expert disclosures

The SEC further requests a stay of all case deadlines as extending the expert disclosures will require adjustment of the remaining deadlines. Defendants do not oppose this request to stay the remaining case deadlines.

The parties have also agreed to confer after the SEC resumes its normal operations to review the Scheduling Order and propose reasonable modifications to the Scheduling Order, if necessary.

Accordingly, the SEC requests (1) an order enlarging the deadline for the SEC's expert disclosure to 30 days from the date the SEC reopens, and granting Defendants a similar extension of the expert disclosure deadline; and, (2) an order staying the deadlines in the Scheduling Order until the SEC resumes its normal operations.

Respectfully submitted this 20th day of October, 2025.

                By:    /s/ Sharan Lieberman
                        Sharan E. Lieberman
                        Rachel E. Yeates
                        Attorneys for Plaintiff
                        UNITED STATES SECURITIES AND
                        EXCHANGE COMMISSION
                        Denver Regional Office
                        1961 Stout Street, 17th Floor
                        Denver, Colorado 80294
                        303-844-1027
                        303-844-1060
                        liebermans@sec.gov
                        yeatesr@sec.gov

## CERTIFICATE OF SERVICE

I certify that on October 20, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                */s/ Sharan E. Lieberman*
                                U.S. Securities and Exchange Commission