# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>         v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>                          Defendants. | No. 2:24-cv-02437-KHV-GEB |

## NOTICE OF REOPENING OF THE SECURITIES AND EXCHANGE COMMISSION

On October 7 and October 21, 2025, the Securities and Exchange Commission ("SEC") filed unopposed motions to stay certain deadlines because the SEC's normal operations had ceased due to the government shutdown. The Court granted those motions and ordered the following:

- a stay of deadlines under District of Kansas Local Rule 37.1 relating to discovery identified in Certificates of Service at ECF Nos. 33, 34, 35, 36, *see* ECF No. 38;

- that Defendants will have 20 days from the date the SEC reopens to file any motion to compel arising from the SEC's responses to its discovery requests, identified in ECF Nos. 33-35, *see* ECF No. 38;

- that the SEC shall have 30 days from the date the SEC reopens to file any motion to compel arising from Defendants' responses to the SEC's discovery requests identified in ECF No. 36; *see* ECF No. 38;

- a suspension of all remaining deadlines in the 5/2/2025 Scheduling Order. *See* ECF No. 40.

In its order dated October 28, 2025, the Court instructed the SEC to "immediately advise [it] when [the SEC] is removed from furlough status." ECF No. 40. It further stated that it would set a status conference to discuss resetting all deadlines including those to disclose experts. *Id.*

Accordingly, this filing notifies the Court that on November 13, 2025, the SEC reopened. The SEC will confer with Defendants in the coming days and inform the Court, prior to any status conference, regarding any deadlines that will need to be adjusted due to the 43-day shutdown. *See* ECF No. 40.

Respectfully submitted this 13th day of November, 2025.

By: /s/ Sharan Lieberman
Sharan E. Lieberman
Rachel E. Yeates
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, 17th Floor
Denver, Colorado 80294
303-844-1027
303-844-1060
liebermans@sec.gov
yeatesr@sec.gov