# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>        Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on November 20, 2025, Plaintiffs served the following to Defendants via email:

- *SEC's Amended Responses to Anthem Holdings Company's First Set of Interrogatories to Plaintiff.*

- *SEC's Amended Responses to Anthem Hayek Blanchard's First Set of Interrogatories to Plaintiff.*

Dated November 21, 2025.

[Signature page to follow]

By: /s/ Rachel E. Yeates
Rachel E. Yeates
Sharan E. Lieberman
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, 17th Floor
Denver, Colorado 80294
303-844-1060
303-844-1036
yeatesr@sec.gov
liebermans@sec.gov

## CERTIFICATE OF SERVICE

I certify that on November 21, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Rachel E. Yeates*
U.S. Securities and Exchange Commission