# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>         v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>         Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on November 24, 2025, Plaintiffs served the following to Defendants via email:

*SEC's Second Amended Responses to Anthem Hayek Blanchard's First Set of Interrogatories to Plaintiff.*

*SEC's Seconded Amended Responses to Anthem Holdings Company's First Set of Interrogatories to Plaintiff.*

Dated November 24, 2025.


[Signature page to follow]

By:     /s/ Rachel E. Yeates
        Rachel E. Yeates
        Sharan E. Lieberman
        Attorneys for Plaintiff
        UNITED STATES SECURITIES AND
        EXCHANGE COMMISSION
        Denver Regional Office
        1961 Stout Street, 17th Floor
        Denver, Colorado 80294
        303-844-1060
        303-844-1036
        yeatesr@sec.gov
        liebermans@sec.gov

## CERTIFICATE OF SERVICE

   I certify that on November 24, 2025, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                 */s/ Rachel E. Yeates*
                 U.S. Securities and Exchange Commission