# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 9, 2026, Plaintiffs served the following to Defendants via email:

*Expert Report of Matthew D. Cain, Ph.D.*

Dated January 9, 2026.

By: /s/ Rachel E. Yeates
Rachel E. Yeates
Sharan E. Lieberman
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, 17th Floor
Denver, Colorado 80294
303-844-1060
303-844-1036
yeatesr@sec.gov
liebermans@sec.gov

## CERTIFICATE OF SERVICE

     I certify that on January 9, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.


                                                   */s/ Rachel E. Yeates*
                                                   U.S. Securities and Exchange Commission