IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHEM HAYEK BLANCHARD<br>and ANTHEM HOLDINGS COMPANY,<br><br>　　　　　　　Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 7, 2026, the following were served the following to Plaintiff via email:

*Defendant Anthem Hayek Blanchard and Anthem Holdings Company's Second Set of Requests for the Production of Documents to Plaintiff.*

Dated: January 13, 2026　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**BERKOWITZ OLIVER LLP**

　　　　　　　　　　　　　　　　　By:　/s/ *Christina M. Wahl*
　　　　　　　　　　　　　　　　　　　Christina M. Wahl, KS Bar # 23406
　　　　　　　　　　　　　　　　　　　Anthony J. Durone, KS Bar # 17492
　　　　　　　　　　　　　　　　　　　2600 Grand Boulevard, Suite 1200
　　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64108
　　　　　　　　　　　　　　　　　　　Telephone:　(816) 561-7007
　　　　　　　　　　　　　　　　　　　Facsimile:　 (816) 561-1888
　　　　　　　　　　　　　　　　　　　cwahl@berkowitzoliver.com
　　　　　　　　　　　　　　　　　　　adurone@berkowitzoliver.com

Caleb Kruckenberg (*Pro Hac Vice*)
Michael A. Petrino (*Pro Hac Vice*)
**CENTER FOR INDIVIDUAL RIGHTS**
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
Telephone: (202) 833-8400
kruckenberg@cir-usa.org
petrino@cir-usa.org

***Attorneys for Defendants Anthem Hayek Blanchard and Anthem Holdings Company***

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Christina M. Wahl*
***Attorney for Defendant Anthem Hayek Blanchard and Anthem Holdings Company***