# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,

    Defendants.

C.A. No. 24-cv-02437-KHV-GEB

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 6, 2026, Plaintiffs served the following to Defendants via email:

*SEC's Responses to Defendants' Second Set of Requests for Production to Plaintiff.*

Dated February 6, 2026.

    By: /s/ Rachel E. Yeates
         Rachel E. Yeates
         Sharan E. Lieberman
         Attorneys for Plaintiff
         UNITED STATES SECURITIES AND EXCHANGE COMMISSION
         Denver Regional Office
         1961 Stout Street, 17th Floor
         Denver, Colorado 80294
         303-844-1060
         303-844-1036
         yeatesr@sec.gov
         liebermans@sec.gov

## **CERTIFICATE OF SERVICE**

   I certify that on February 6, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.


               */s/ Rachel E. Yeates*
               U.S. Securities and Exchange Commission