IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 20, 2026, Plaintiff served the following to Defendants via email:

*Plaintiff SEC's Amended Second Set of Written Discovery to Anthem Holdings Company.*

Dated February 23, 2026.

                                                          By:    /s/ Sharan E. Lieberman
                                                                    Sharan E. Lieberman
                                                                    Rachel E. Yeates
                                                                    Attorneys for Plaintiff
                                                                    UNITED STATES SECURITIES AND
                                                                    EXCHANGE COMMISSION
                                                                    Denver Regional Office
                                                                    1961 Stout Street, 17th Floor
                                                                    Denver, Colorado 80294
                                                                    303-844-1027
                                                                    303-844-1060
                                                                    liebermans@sec.gov
                                                                    yeatesr@sec.gov

# CERTIFICATE OF SERVICE

   I certify that on February 23, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                */s/ Sharan E. Lieberman*
                U.S. Securities and Exchange Commission