# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 10, 2026, Plaintiff served the following to Defendants via email:

*Plaintiff SEC's Third Set of Written Discovery to Anthem Holdings Company.*

Dated March 13, 2026.

                By:    /s/ Rachel E. Yeates
                         Rachel E. Yeates
                         Sharan E. Lieberman
                         Attorneys for Plaintiff
                         UNITED STATES SECURITIES AND
                         EXCHANGE COMMISSION
                         Denver Regional Office
                         1961 Stout Street, 17th Floor
                         Denver, Colorado 80294
                         303-844-1060
                         303-844-1027
                         yeatesr@sec.gov
                         liebermans@sec.gov

## CERTIFICATE OF SERVICE

I certify that on March 13, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                             */s/ Rachel E. Yeates*
                                             U.S. Securities and Exchange Commission