**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff,<br><br>          v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>                 Defendants. | C.A. No.<br>24-cv-02437-KHV-GEB |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 13, 2026, Plaintiff served the following to Defendants via email:

*Plaintiff's Supplemental Disclosures.*

Dated March 13, 2026.

By:   /s/ Rachel E. Yeates_____
        Rachel E. Yeates
        Sharan E. Lieberman
        Attorneys for Plaintiff
        UNITED STATES SECURITIES AND
        EXCHANGE COMMISSION
        Denver Regional Office
        1961 Stout Street, 17th Floor
        Denver, Colorado 80294
        303-844-1060
        303-844-1027
        yeatesr@sec.gov
        liebermans@sec.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 13, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Rachel E. Yeates*
U.S. Securities and Exchange Commission