| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HAYEK BLACHARD and ANTHEM HOLDINGS COMPANY, <br><br> Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to D. Kan. Rule 83.5.5(a) undersigned counsel hereby seek to withdraw as counsel for Defendants Anthem Hayek Blanchard and Anthem Holdings Company. In support of the motion, the undersigned state as follows:

1.  On March 6, 2025, Christina Wahl entered an appearance as counsel for Defendants in this matter.

2.  On March 12, 2025, this Court granted Caleb Kruckenberg leave to appear as counsel for Defendants in this matter.

3.  Also on March 12, 2025, Anthony J. Durone entered an appearance as counsel for Defendants in this matter.

4.  On March 30, 2025, this Court granted Michael Petrino leave to appear as counsel for Defendants in this matter.

5.  Withdrawal of counsel is permitted under Kansas Rule of Professional Responsibility 1.16(b)(3) and (4). Professional considerations require termination of the representation.

6. Upon order from the Court, and consistent with relevant rules of professional responsibility, undersigned counsel will provide additional information to the Court *in camera*.

7. Undersigned counsel provided the clients with notice of: (i) the admonition that the clients are personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order; and (ii) the dates of any pending trial, hearings, conferences, and deadlines.

8. The clients' current mailing address and telephone number are:

   a. Anthem Hayek Blanchard, 2628 Mountain Drive, Bartlesville, OK 74003, (702)569-3431

   b. Anthem Holdings Company c/o Anthem Hayek Blanchard, 414 Southeast Washington Blvd, Suite 205, Bartlesville, OK 74006, (702)569-3431

9. A copy of this motion was served on Anthem Hayek Blanchard and Anthem Holdings Company by certified mail, with return receipt requested.

10. Sharan E. Lieberman, Counsel for Plaintiffs, takes no position on this motion.

WHEREFORE, this Court should grant undersigned counsel leave to withdraw as counsel for Defendants.

Dated this 17th day of March 2025          **BERKOWITZ OLIVER LLP**

By: */s/ Christina M. Wahl*
Christina M. Wahl, KS Bar # 23406
Anthony J. Durone, KS Bar #17492
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:  (816) 561-7007
Facsimile:   (816) 561-1888
cwahl@berkowitzoliver.com
adurone@berkowitzoliver.com

Caleb Kruckenberg
Michael Petrino
Center for Individual Rights
1100 Connecticut Avenue NW, Suite 625
Washington, DC 20036
202-833-8400
kruckenberg@cir-usa.org
petrino@cir-usa.org

***Attorneys for Anthem Hayek Blanchard and
Anthem Holdings Company***

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:*/s/ Christina M. Wahl*
**Attorney for Defendant Anthem Hayek Blachard
and Anthem Holdings Company**