| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HAYEK BLACHARD and ANTHEM HOLDINGS COMPANY, <br><br> Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

## <u>UNOPPOSED MOTION TO STAY</u>

Undersigned counsel hereby move to stay the deadline for discovery and all case deadlines, except the trial date, for a period of at least 30 days. In support of the motion, the undersigned state as follows:

1. On March 6, 2025, Christina Wahl entered an appearance as counsel for Defendants in this matter.

2. On March 12, 2025, this Court granted Caleb Kruckenberg leave to appear as counsel for Defendants in this matter.

3. Also on March 12, 2025, Anthony J. Durone entered an appearance as counsel for Defendants in this matter.

4. On March 30, 2025, this Court granted Michael Petrino leave to appear as counsel for Defendants in this matter.

5. The Discovery deadline is currently April 24, 2026. The Proposed Pretrial Order is due by May 15, 2026. A Final Pretrial Conference before Magistrate Judge Gwynne E. Birzer is

set for June 5, 2026, at 11:00 AM by Zoom. Dispositive and *Daubert* motions must be filed by June 26, 2026. Jury Trial is set for December 7, 2026, at 09:00 AM in KC Courtroom 440 before District Judge Kathryn H. Vratil.

6. On March 17, 2026, undersigned counsel moved to withdraw as counsel for Defendants.

7. In order to minimize any potential prejudice to Defendants, undersigned counsel respectfully requests that the deadline for discovery and all case deadlines, except the trial date, be stayed for a period of at least 30 days so that Defendants may retain substitute counsel.

8. Sharan E. Lieberman, counsel for Plaintiff, joins in this request.

WHEREFORE, This Court should stay the deadline for discovery and all case deadlines, except the trial date, for a period of at least 30 days.

Dated this 17th day of March 2025          **BERKOWITZ OLIVER LLP**

By: */s/ Christina M. Wahl*
Christina M. Wahl, KS Bar # 23406
Anthony J. Durone, KS Bar #17492
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:  (816) 561-7007
Facsimile:   (816) 561-1888
cwahl@berkowitzoliver.com
adurone@berkowitzoliver.com

Caleb Kruckenberg
Michael Petrino
Center for Individual Rights
1100 Connecticut Avenue NW, Suite 625
Washington, DC 20036
202-833-8400
kruckenberg@cir-usa.org
petrino@cir-usa.org

*Attorneys for Anthem Hayek Blanchard and Anthem Holdings Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Christina M. Wahl*
**Attorney for Defendant Anthem Hayek Blachard**
**and Anthem Holdings Company**