**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF KANSAS**
**KANSAS CITY**

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br>            Plaintiff, <br><br>     v. <br><br> ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY, <br><br>            Defendants. | CIVIL NO.: 2:24-CV-2437-KHV-GEB |

**NOTICE OF SERVICE OF MOTION**

Pursuant to D. Kan. Rule 83.5.5(a)(4) undersigned counsel declares under penalty of perjury under the laws of the United States of America that:

1.      On March 17, 2026, undersigned counsel filed a motion to withdraw as counsel [Doc. 55] and an unopposed motion to stay discovery [Doc. 56].

2.      On March 19, 2026, Defendants Anthem Hayek Blanchard and Anthem Holdings Company received copies of both motions. *See* Attachment 1.

Dated: March 23, 2026            Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By:   /s/ *Christina M. Wahl*
     Christina M. Wahl, KS Bar # 23406
     Anthony J. Durone, KS Bar # 17492
     2600 Grand Boulevard, Suite 1200
     Kansas City, Missouri 64108
     Telephone:   (816) 561-7007
     Facsimile:    (816) 561-1888
     cwahl@berkowitzoliver.com
     adurone@berkowitzoliver.com

Caleb Kruckenberg (*Pro Hac Vice*)
Michael A. Petrino (*Pro Hac Vice*)
**CENTER FOR INDIVIDUAL RIGHTS**
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036
Telephone:   (202) 833-8400
kruckenberg@cir-usa.org
petrino@cir-usa.org

*Attorneys for Defendants Anthem Hayek*
*Blanchard and Anthem Holdings Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ *Christina M. Wahl*
**Attorney for Defendant Anthem Hayek Blanchard**
**and Anthem Holdings Company**

2