# Attachment 1

                

# FedEx Shipment 889741927305: Your package has been delivered

1 message

---

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>                Thu, Mar 19, 2026 at 12:36 PM
Reply-To: trackingmail@fedex.com
To:

Hi, C/O ANTHEM HAYEK BLANCHARD. Your package from THE CENTER FOR INDIVIDUAL RIGHTS was delivered Thu, 03/19/2026 at 11:29am.

Scheduled delivery :        Thu, 03/19/2026 by 12:00pm

Status:        Delivered

| | |
|---|---|
| Tracking number : | 889741927305 |
| Ship date : | Wed 3/18/2026 11:57 AM |
| Delivery date : | Thu, 03/19/2026    2026-03-19T12:10:00.000-05:00 |
| Actual delivery : | Thu, 03/19/2026    11:29am |
| Signed for by : | S.Love |
| Delivery location : | BARTLESVILLE , OK |
| Delivered to : | Shipping/Receiving |
| Packaging type : | FedEx Envelope |
| Origin : | WASHINGTON, DC, US, 20036 |
| Destination : | BARTLESVILLE, OK, US, 74006 |
| Special handling/services : | Deliver Weekday |
| Number of pieces : | 1 |
| Total shipment weight : | 0.50 LB |
| Service type : | FedEx Priority Overnight® |

| Shipper Information | Recipient Information |
|---|---|
| THE CENTER FOR INDIVIDUAL RIGHTS | C/O ANTHEM HAYEK BLANCHARD |
| 1100 Connecticut Avenue Northwest | 414 Southeast Washington Boulevard |
| | STE 205 |
| WASHINGTON | BARTLESVILLE |
| DC | OK |
| US | US |
| 20036 | 74006 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:36 AM CDT 03/19/2026.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following: https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=889741927305&language=en&opco=FX&clienttype=ivother

© 2026 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

 

# FedEx Shipment 889741818499: Your package has been delivered

1 message

---

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>                    Thu, Mar 19, 2026 at 2:15 PM
Reply-To: trackingmail@fedex.com
To: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
                                                                    .

Hi, C/O ANTHEM HAYEK BLANCHARD. Your package from THE CENTER FOR INDIVIDUAL RIGHTS was delivered Thu, 03/19/2026 at 1:09pm.

| | |
|---|---|
| Scheduled delivery : | Thu, 03/19/2026 by 1:30pm |

| | |
|---|---|
| Status: | Delivered |

| | |
|---|---|
| Tracking number : | 889741818499 |
| Ship date : | Wed 3/18/2026 11:57 AM |
| Delivery date : | Thu, 03/19/2026    2026-03-19T13:25:00.000-05:00 |
| Actual delivery : | Thu, 03/19/2026    1:09pm |
| Delivery location : | BARTLESVILLE , OK |
| Delivered to : | Residence |
| Packaging type : | FedEx Envelope |
| Origin : | WASHINGTON, DC, US, 20036 |
| Destination : | BARTLESVILLE, OK, US, 74003 |
| Special handling/services : | Deliver Weekday |
| | Residential Delivery |
| Number of pieces : | 1 |
| Total shipment weight : | 0.50 LB |
| Service type : | FedEx Priority Overnight® |

| Shipper Information | Recipient Information |
|---|---|
| THE CENTER FOR INDIVIDUAL RIGHTS | C/O ANTHEM HAYEK BLANCHARD |
| 1100 Connecticut Avenue Northwest | 2628 MOUNTAIN RD |
| WASHINGTON | BARTLESVILLE |
| DC | OK |
| US | US |
| 20036 | 74003 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:15 PM CDT 03/19/2026.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following: https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=889741818499&language=en&opco=FX&clienttype=ivother

© 2026 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

---



**DeliveryPicture.jpeg**
43K