**FOR THE DISTRICT OF KANSAS**

**KANSAS CITY**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

---

**U.S. SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

v.

**ANTHEM HAYEK BLANCHARD and**

**ANTHEM HOLDINGS COMPANY,**

Defendants.

Case No. 2:24-cv-02437-KHV-GEB

---

**NOTICE OF PRO SE APPEARANCE**

Pursuant to D. Kan. Rule 83.5.5, the undersigned hereby enters an appearance as pro se counsel for Defendant Anthem Hayek Blanchard, individually.

Anthem Holdings Company remains without counsel and will seek substitute counsel by the Court-ordered deadline of April 24, 2026.

All future notices and communications should be directed to:

Anthem Hayek Blanchard

414 SE Washington Blvd, #205

Bartlesville, OK 74006

anthemhayek@me.com

Cell: 1-702-569-3431

Respectfully submitted,

/s/ Anthem Hayek Blanchard

Anthem Hayek Blanchard (pro se)

**Dated:** March 31, 2026