

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Se Electronic Notification
### Registration Form

Name: Anthem Hayek Blanchard

Address: 414 SE Washington Blvd, #205

City: Bartlesville          State: Ok          Zip: 74006

Phone: 702-569-3431

Internet E-mail Address: anthemhayek@me.com

## I AM REGISTERING FOR ELECTRONIC NOTIFICATION ONLY*

By registering, I consent to electronic service of all documents. Documents will be sent to the email address provided above. I agree that it is r responsibility to notify the court of any change to my email address and acknowledge that failing to maintain a current email address in the court's records may result in failing to receive documents filed in my case by the court or opposing counsel. I also acknowledge that I will be responsible for any costs incurred if I should choose to print documents that I receive electronically.

April 8th, 2026

Date

Applicant's Signature

Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

Return this form via hand delivery or U.S. Mail to : Clerk, U.S. District Court
Electronic Filing Registration
259 U.S. Courthouse
500 State Avenue
Kansas City, KS  66101

OR fax completed form to:  913-735-2201

OR email completed form to:  ksd_attorney_registration@ksd.uscourts.gov

*If you want to electronically file your documents in addition to receiving dlectronic notifications, you must complete the electronic filing registration process for non-attorneys through PACER.gov.  For complete information, contact Attorney Registration at the phone number or email address above or visit ksd.uscourts.gov .