**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. (24-2435)
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthem Hayek Blanchard
2628 Mountain Drive
Bartelsuille, OK 74003

9590 9402 5913 0049 4420 36

2. Article Number *(Transfer from service label)*

7020 0640 0000 5372 9991

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

Anthem Blanchard   Apr 0 9 26

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FILED
U.S. District Court
District of Kansas

APR 0 9 2026

Clerk, U.S. District Court
By _____ Deputy Clerk

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

USPS TRACKING #



9590 9402 5913 0049 4420 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Clerk, U.S. District Court
401 N. Market, Room 204
Wichita, KS 67202