**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. (24 - 2437)
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Anthem Holdings Company*
*C/o Anthem Hayek Blanchard*
*414 E Washington Bldv.*
*Suite 205*
*Bartlesville, OK 74003*

9590 9402 5913 0049 4420 29

2. Article Number *(Transfer from service label)*

7020 0640 0000 6373 0003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

FILED
U.S. District Court
District of Kansas

APR 10 2026

Clerk, U.S. District Court
By _____ Deputy Clerk

**USPS TRACKING #**



9590 9402 5913 0049 4420 29

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
401 N. Market, Room 204
Wichita, KS 67202