**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY, <br><br> Defendants. | C.A. No. <br> 24-cv-02437-KHV-GEB |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on April 30, 2026, Plaintiff served the following to Defendants via email:

*Notice of Deposition of Austin Davis.*

Dated April 30, 2026.

By:     /s/ Sharan E. Lieberman_____
Sharan E. Lieberman
Rachel E. Yeates
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, 17th Floor
Denver, Colorado 80294
303-844-1027
303-844-1060
liebermans@sec.gov
yeatesr@sec.gov

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 30, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all parties of record.

I further certify that on April 30, 2026, a copy of the foregoing document was served via U.S. Mail upon the following:

Anthem Holdings Company (*pending substitute counsel*)
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*/s/ Sharan E. Lieberman*
U.S. Securities and Exchange Commission