## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANTHEM HAYEK BLANCHARD and ANTHEM
HOLDINGS COMPANY,

Defendants.

C.A. No.
24-cv-02437-KHV-GEB

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 13, 2026, Plaintiff served the

following to Defendants via email:

 *Notice of Deposition of Cynthia Blanchard.*

*Notice of Deposition of Anthem Blanchard.*

The undersigned counsel further certifies that on April 15, 2026, Plaintiff served the

following to Cynthia Blanchard via email:

*Subpoena to Testify at a Deposition.*

The undersigned counsel further certifies that on April 24, 2026, Plaintiff served the

following to Defendants via email:

*Notice of Deposition of Paul Aubert.*

Dated May 7, 2026.

[Signature Page to follow]

- 2 -

By:    /s/ Sharan E. Lieberman
       Sharan E. Lieberman
       Rachel E. Yeates
       Attorneys for Plaintiff
       UNITED STATES SECURITIES AND
       EXCHANGE COMMISSION
       Denver Regional Office
       1961 Stout Street, 17th Floor
       Denver, Colorado 80294
       303-844-1027
       303-844-1060
       liebermans@sec.gov
       yeatesr@sec.gov

- 3 -

## CERTIFICATE OF SERVICE

I certify that on May 7, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all parties of record.

I further certify that on May 7, 2026, a copy of the foregoing document was served via U.S. Mail upon the following:

Anthem Holdings Company (*pending substitute counsel*)
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*/s/ Sharan E. Lieberman*
U.S. Securities and Exchange Commission