# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

      v.

ANTHEM HAYEK BLANCHARD and ANTHEM
HOLDINGS COMPANY,

      Defendants.

C.A. No.
24-cv-02437-KHV-GEB

---

## CERTIFICATE OF SERVICE

---

The undersigned counsel hereby certifies that on May 6, 2026, Plaintiff served the following to Defendants via email:

*Plaintiff SEC's Third Set of Written Discovery to Defendant Anthem Blanchard.*

Dated May 7, 2026.

By:    /s/ Rachel E. Yeates_____
        Rachel E. Yeates
        Sharan E. Lieberman
        Attorneys for Plaintiff
        UNITED STATES SECURITIES AND
        EXCHANGE COMMISSION
        Denver Regional Office
        1961 Stout Street, 17th Floor
        Denver, Colorado 80294
        303-844-1060
        303-844-1027
        yeatesr@sec.gov
        liebermans@sec.gov

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will send notice of electronic filing to all parties of record.

I further certify that on May 8, 2026, a copy of the foregoing document was served via U.S. Mail upon the following:

Anthem Holdings Company (*pending substitute counsel*)
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*/s/ Rachel E. Yeates*
U.S. Securities and Exchange Commission