# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANTHEM HAYEK BLANCHARD and ANTHEM
HOLDINGS COMPANY,

Defendants.

No. 2:24-cv-02437-KHV-GEB

## SEC'S UNOPPOSED MOTION TO STAY ALL CASE DEADLINES FOR 90-DAYS BASED UPON SETTLEMENT IN PRINCIPLE

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this unopposed motion to stay all case deadlines for a period of 90-days based upon a settlement in principle between Defendant Anthem Blanchard and the SEC. There is good cause for the Court to stay all case deadlines because a settlement with Defendant would avoid the need for trial as to both Defendants and facilitate a conclusion of this matter.

On May 14, 2026, Defendant Anthem Blanchard sent the SEC a signed settlement offer and consent, conveying his intent to settle this matter. Before a final settlement agreement can be consummated, the SEC staff must present the settlement proposal to the Commissioners for approval. The process to determine if the Commission will authorize the settlement can take several weeks. Once the SEC's Commissioners consider the settlement proposal, the SEC will promptly notify the Court of the result and, if the Commissioners approve the settlement proposal, file the motion to enter the consent and final judgment. Promptly thereafter, the SEC will move for a default judgment against the *pro se* entity, Defendant Anthem Holdings

Company, which cannot proceed in this litigation without counsel. *See Watchous Enters., LLC v. Pac. Nat'l Cap.*, No. 16-1432-DDC, 2021 WL 1998932, at *1 (D. Kan. May 19, 2021) ("[A] corporation can appear in court only by an attorney."); ECF No. 59 (The Court will not accept pro se filings made on behalf of Anthem Holdings Company…[f]ailure to comply with court-ordered deadlines…could result in the imposition of serious sanctions, including default judgment against the disobedient party.").

SEC counsel has begun the process for recommending this settlement to the Commission for approval. The SEC requests 90 days from the date of this letter to notify the Court of the Commission's final decision on the settlement. On or before the expiration of the 90-day period, the SEC will either file an updated report or the final settlement documents for the Court's approval.

By:   /s/ Sharan Lieberman
Sharan E. Lieberman
Rachel E. Yeates
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, 17th Floor
Denver, Colorado 80294
303-844-1027
303-844-1060
liebermans@sec.gov
yeatesr@sec.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 14, 2026, the foregoing document was electronically served on Defendants in the following manner:

Anthem Holdings Company (*via email at anthemhayek@me.com*)
c/o Anthem Blanchard

Anthem Blanchard (*via email*)


*/s/ Sharan Lieberman*
U.S. Securities and Exchange Commission