**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>ANTHEM HAYEK BLANCHARD and ANTHEM HOLDINGS COMPANY,<br><br>                Defendants. | No. 2:24-cv-02437-KHV-GEB |

**CONSENT MOTION FOR ENTRY OF FINAL JUDGMENTS
AS TO ALL DEFENDANTS**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully moves the Court to enter the proposed final judgments ("Proposed Judgments") submitted herewith. The SEC and Defendant Anthem Blanchard ("Blanchard") have reached a settlement in this matter, and the SEC and Anthem Holdings Company ("AHC") have also reached a settlement in this matter. Each Defendant has consented to entry of their respective Proposed Judgment. If accepted and entered by the Court, the Proposed Judgments would resolve this case in its entirety. In support of this motion, the SEC states as follows:

1.      On September 23, 2024, the SEC filed its Complaint against Defendants, alleging violations of federal securities laws. *See* ECF 1.

2.      The SEC and Defendants have reached a settlement in this case. Blanchard and AHC have consented to their respective Proposed Judgments. Attached hereto as Exhibit 1 is the executed Consent of Defendant Blanchard. Exhibit 2 is the executed Consent of Defendant AHC. Each Consent sets forth the terms of each party's settlement. *See* Exs. 1 & 2.

3.      Attached hereto as Exhibits 3 and 4 are the Proposed Judgments to which Defendants have agreed. *See* Exs. 3 & 4. Each Defendants' Consent stipulates to the entry of the Proposed Judgment for each Defendant, respectively. *See* Exhibits 1 & 2, ¶¶ 2.

4.      Together, the Final Judgments:

 a.  Permanently restrain and enjoin each Defendant from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Exchange Act Rule 10b-5 [17 C.F.R. § 240.10b-5], and Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] by engaging in specific conduct described in the Final Judgment;

 b.  Restrain and enjoin Blanchard for a period of 10 years from directly or indirectly, including but not limited to, through any entity owned or controlled by Blanchard, participating in the issuance, purchase, offer, or sale of any security, provided, however that such injunction shall not prevent Blanchard from purchasing or selling securities for their own personal account;

 c.  Restrain and enjoin AHC for a period of ten years from directly or indirectly, including, but not limited to, through any entity owned or controlled by AHC, participating in the issuance, purchase, offer, or sale of any security;

 d.  Order Blanchard to pay a civil penalty in the amount of $236,451; and

 e.  Order AHC to pay a civil penalty in the amount of $1,000,000.

5.      The Proposed Judgments (and incorporated Consents) set forth Defendants' obligations with respect to paying the above listed amounts and provides that this Court will

retain jurisdiction over this matter for the purpose of enforcing the Final Judgment and Consent. *See* Exhibits 3 & 4, ¶¶ V & VII.

6.      If entered, the Final Judgments will completely resolve all claims in this case.

7.      In their Consent, Defendants agree that the SEC "may present the [proposed] Final Judgment to the Court for signature and entry without further notice." *See* Exhibits 1 & 2, ¶¶ 22.

**WHEREFORE,** the SEC respectfully requests that the Court grant this Motion and enter the proposed Final Judgments attached hereto.

By:    /s/ *Sharan Lieberman*

Sharan E. Lieberman
Rachel E. Yeates
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, 17th Floor
Denver, Colorado 80294
303-844-1027
303-844-1060
liebermans@sec.gov
yeatesr@sec.gov

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2026, the foregoing document was electronically served on Defendants in the following manner:

Anthem Holdings Company (*via email at anthemhayek@me.com*)
c/o Anthem Blanchard

Anthem Blanchard (*via email*)


/s/ *Sharan Lieberman*

U.S. Securities and Exchange Commission

- 4 -